IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE INTERFACE TECHNOLOGIES, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>                Defendant. | Civil Action No. 12-1284-RGA |
| VEHICLE INTERFACE TECHNOLOGIES, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>                Defendant. | Civil Action No. 12-1285-RGA |

## ORDER

The Court having considered Defendants' Motions for Summary Judgment (C.A. No. 12-1284, D.I. 85 & C.A. No. 12-1285, D.I. 88), as well as the papers filed in connection therewith;

**IT IS HEREBY ORDERED** that Defendants' Motions for Summary Judgment are **GRANTED** with respect to anticipation.

Entered this 21st day of January, 2015.

_____
United States District Judge